AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| George Cleveland, III<br>*Plaintiff*<br>v.<br>Jeffrey Duvall, Individually and in his official capacity as dealer of Duvall Ford, Chevrolet Dodge, and Duvall Ford Chevrolet Dodge<br>*Defendant* | ) ) ) ) ) ) ) Civil Action No.   8:14-cv-4305-RBH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice and without issuance of service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   October 28, 2015                                      *CLERK OF COURT*

                                                              s/Debbie Stokes
                                                              _____
                                                              *Signature of Clerk or Deputy Clerk*